Date\Time: 11/13/2018 10:34:24 AM  
Institution: IHQ0  
Case 2:18-cv-02942-KJM-AC   Document 6   Filed 11/13/18   Page 1 of 2  
CDCR  
Inmate Statement Report  
Verified:  
CAED Case No. 2:18-cv-2942 AC (PC)

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| P64019 | SMITH, MICHAEL | HDSP | B  001  1 | 102001 |

**Current Available Balance:** $0.00

FILED  
Nov 13, 2018  
CLERK, U.S. DISTRICT COURT  
EASTERN DISTRICT OF CALIFORNIA

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THE OFFICE  
ATTEST:  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY *Iulia Trifan* / Trust office

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 05/01/2018 | MCSP | BEGINNING BALANCE | | | | $0.00 |
| 06/01/2018 | MCSP | I/M PAY - SUPPORT | MAY | | $1.68 | $1.68 |
| 06/01/2018 | MCSP | RESTITUTION FINE PAYMENT | MAY | | ($0.84) | $0.84 |
| 06/01/2018 | MCSP | ADMINISTRATIVE FEE | MAY | | ($0.08) | $0.76 |
| 07/10/2018 | MCSP | TRACS TRANSFER OUT | TX07102018 | | ($0.76) | $0.00 |
| 07/10/2018 | SOL | TRACS TRANSFER IN | TX07102018 | | $0.76 | $0.76 |
| 07/13/2018 | HDSP | TRACS TRANSFER IN | TX07132018 | | $0.76 | $0.76 |
| 07/13/2018 | SOL | TRACS TRANSFER OUT | TX07132018 | | ($0.76) | $0.00 |
| 07/19/2018 | HDSP | TRACS TRANSFER OUT | TX07192018 | | ($0.76) | $0.00 |
| 07/19/2018 | MCSP | TRACS TRANSFER IN | TX07192018 | | $0.76 | $0.76 |
| 08/01/2018 | MCSP | I/M PAY - SUPPORT | JUNE | | $9.96 | $10.72 |
| 08/01/2018 | MCSP | RESTITUTION FINE PAYMENT | JUNE | | ($4.98) | $5.74 |
| 08/01/2018 | MCSP | ADMINISTRATIVE FEE | JUNE | | ($0.49) | $5.25 |
| 08/07/2018 | MCSP | SALES | 2 | | ($0.55) | $4.70 |
| 08/10/2018 | MCSP | I/M PAY - SUPPORT | JULY | | $0.56 | $5.26 |
| 08/10/2018 | MCSP | RESTITUTION FINE PAYMENT | JULY | | ($0.28) | $4.98 |
| 08/10/2018 | MCSP | ADMINISTRATIVE FEE | JULY | | ($0.02) | $4.96 |
| 08/28/2018 | HDSP | TRACS TRANSFER IN | TX08282018 | | $4.96 | $4.96 |
| 08/28/2018 | MCSP | TRACS TRANSFER OUT | TX08282018 | | ($4.96) | $0.00 |
| 09/01/2018 | HDSP | TRACS TRANSFER OUT | TX09012018 | | ($4.96) | $0.00 |
| 09/01/2018 | MCSP | TRACS TRANSFER IN | TX09012018 | | $4.96 | $4.96 |
| 09/14/2018 | MCSP | SALES | 4 | | ($4.74) | $0.22 |
| 09/20/2018 | MCSP | LEGAL COPY | LEGAL COPY 8/24/18 | | ($0.22) | $0.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | CIVS 04-1594 LKK DAD | $97.78 | $0.00 | $18.95 |
| PLRA | CIVS 05-1257 GEB KJM | $204.74 | $0.00 | $131.19 |

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---:|---:|---:|
| REGULAR MAIL | REGULAR MAIL | $3.09 | $0.00 | $3.09 |
| REGULAR MAIL | REGULAR MAIL | $1.22 | $0.00 | $1.22 |
| REGULAR MAIL | REGULAR MAIL | $1.22 | $0.00 | $1.22 |
| REGULAR MAIL | REGULAR MAIL | $1.22 | $0.00 | $1.22 |
| PLRA | 1:07-CV-01547-SRB | $499.00 | $0.00 | $498.39 |
| INTIAL PLRA | 1:07-CV-01547-SRB | $0.61 | $0.00 | $0.61 |
| REGULAR MAIL | REGULAR MAIL | $1.73 | $0.00 | $1.73 |
| REGULAR MAIL | REGULAR MAIL | $1.73 | $0.00 | $1.73 |
| PLRA | 11-15442 | $455.00 | $0.00 | $455.00 |
| DAMAGES - STATE PROPERTY | #3575 MATTRESS 8/18 | $49.00 | $0.00 | $49.00 |
| PLRA | 2:05-CV-01257-GEB-CK | $455.00 | $0.00 | $455.00 |
| COPY CHARGES | #4361 4/9/12 | $0.10 | $0.00 | $0.10 |
| PLRA | 2:15-01598-KJN | $350.00 | $0.00 | $350.00 |
| COPY CHARGES | 12/14/15COPY12/11/15 | $7.40 | $0.00 | $6.92 |
| COPY CHARGES | 12/28/15COPY12/22/15 | $1.30 | $0.00 | $1.30 |
| REGULAR MAIL | MAIL 5/18/16 | $1.15 | $0.00 | $0.40 |
| PLRA | APPEAL1: 07CV01547SRB | $505.00 | $0.00 | $505.00 |
| REGULAR MAIL | REG POSTAGE10/3/16 | $0.47 | $0.00 | $0.47 |
| COPY CHARGES | REG COPY9/29/16 | $6.50 | $0.00 | $6.50 |
| COPY CHARGES | REG COPY12/15/16 | $3.40 | $0.00 | $3.40 |
| REGULAR MAIL | REG ENVELOPE12/15/16 | $0.25 | $0.00 | $0.25 |
| COPY CHARGES | REG COPY 3/7/17 | $1.20 | $0.00 | $1.20 |
| COPY CHARGES | COPY REG/7-17-17 | $6.20 | $0.00 | $6.20 |
| COPY CHARGES | COPY REG/8/25/17 | $6.80 | $0.00 | $6.80 |
| COPY CHARGES | COPY REG 12/01/17 | $0.90 | $0.00 | $0.90 |
| COPY CHARGES | COPY REG 12/1/17 | $2.20 | $0.00 | $2.20 |

**Restitution List**

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---:|---:|---:|---:|
| RESTITUTION FINE | 99F09957 | Active | $400.00 | $0.00 | ($6.10) | $191.20 |
| RESTITUTION FINE | 00F09247 | Active | $10,000.00 | $0.00 | $0.00 | $9,532.71 |
| RESTITUTION FINE | 09CM7508 | Active | $200.00 | $0.00 | $0.00 | $200.00 |