UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:18-cv-2942 KJM AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. F&Rs, ECF No. 26. Plaintiff has filed objections to the findings and recommendations. ECF No. 30.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 4, 2021, ECF No. 26, are adopted in full.

2. Putative defendants Feltmer, Fackrell, Anaya, Spearman, Diaz, Shirly and Gire are terminated from this action without service.

3. The Eighth Amendment excessive force claims against Correctional Officers ("COs") Suchoski, Binder, Martinez and Rose based on the August 14, 2016 incident; and against COs Monge, Tillery, Colby based on the January 18, 2018 incident shall proceed. Additionally, the Eighth Amendment failure-to protect claims against COs Cook and Stinson for delaying intervention on August 2018 when plaintiff was attacked by another inmate shall proceed. F&Rs at 7.

4. All other putative claims are dismissed without leave to amend.

5. Plaintiff's motion for a temporary restraining order, ECF No. 23, is denied.

6. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

DATED: March 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2