UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2942 KJM AC P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed under 42 U.S.C. § 1983.  The court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff prepare for and participate in a settlement conference.  Chijioke O. Ikonte has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Chijioke O. Ikonte is appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Chijioke O. Ikonte's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

/////

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Chijioke O. Ikonte, Akudinobi & Ikonte, 3435 Wilshire Blvd., Suite 1520 Los Angeles, CA 90010.

DATED: March 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE