UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:18-cv-2942 KJM AC P<br><br><br>ORDER |

Defendants have requested a second extension of time to respond to plaintiff's discovery requests, ECF No. 45, and to modify the May 14, 2021 Discovery and Scheduling Order, ECF No. 46.

Good cause appearing, IT IS HEREBY ORDERED:

1. Defendants' motion for an extension of time to respond to plaintiff's discovery requests, ECF No. 45, is GRANTED.

2. Defendants shall submit their responses on or before October 4, 2021.

3. Defendants' motion to modify the Discovery and Scheduling Order, ECF No. 46, is GRANTED.

4. The parties may conduct discovery until October 25, 2021. Any motions necessary to compel discovery shall be filed by October 25, 2021.

5. Dispositive motions shall be filed on or before January 17, 2022.

DATED: September 16, 2021.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE