UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No.  2:18-cv-2942 KJM AC P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a request for the court to serve defendants with a copy of his objections to the September 28, 2022 order denying his motion to compel.  The motion is based on plaintiff's inability to obtain copies due to a COVID related shut down of his unit.  ECF No. 67.  Because defendants are represented by counsel, who is required to consent to electronic service, plaintiff is not required to serve a separate paper copy of his filings on defendants.  See L.R. 135(a), (g).  Service on defendants is considered complete at the time counsel receives the Notice of Electronic Filing that is automatically generated by CM/ECF at the time the Clerk of the Court files plaintiff's documents with the system.  L.R. 135(a).

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion requesting service of his objections (ECF No. 67) is DENIED as moot.

DATED: October 17, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE