UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH, | No. 2:18-cv-2942 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 7, 2022, the magistrate judge filed findings and recommendations, which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 60. Plaintiff has filed objections to the findings and recommendations. ECF No. 63. He claims defendants did not offer evidence to show a genuine dispute of fact. *Id.* However, in defendants' opposition to plaintiff's motion for partial summary judgment, their statement of disputed facts cites to incident reports by the officers, which were included with the opposition as Exhibit A to the Mejia Declaration. *See* ECF No. 54-2.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Plaintiff has also filed objections to the September 28, 2022 order denying his motion to compel discovery. ECF No. 66. Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law." The September 28, 2022 order of the magistrate judge is not clearly erroneous or contrary to law and the objections will be overruled.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 7, 2022 (ECF No. 60) are adopted in full;

2. Plaintiff's motion for partial summary judgment (ECF No. 48) is DENIED;

3. Plaintiff's objections to the September 28, 2022 order denying his motion to compel (ECF No. 63) are OVERRULED and the September 28, 2022 order is AFFIRMED; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: December 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE