UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH, | No. 2:18-cv-2942 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff moved for partial summary judgment (ECF No. 48) and the motion was denied (ECF No. 70). No other motions for summary judgment were filed and the time for doing so has passed. This case is therefore ready to proceed to trial. However, the court has determined that this case would benefit from a settlement conference before pretrial and trial dates are set. Therefore, this case will be scheduled for a settlement conference. Under Local Rule 270(b), because the undersigned is not the trial judge, the undersigned may conduct the settlement conference, "except that, at the time the settlement conference is scheduled or as otherwise ordered by the Court, any party may request that the conference not be conducted by the assigned Magistrate Judge."

////

1

1   Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this
2   order, any party may request that the settlement conference be conducted by a magistrate judge
3   other than the undersigned.  If no party requests a different magistrate judge, a settlement
4   conference will be scheduled before the undersigned.
5   DATED: December 21, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE