UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH, | No. 2:18-cv-2942 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to opt out of the settlement conference set by the court. ECF No. 78. This case was originally scheduled for a settlement conference before the undersigned on September 28, 2023. ECF No. 74. On the court's own motion, the settlement conference was rescheduled to January 30, 2024. ECF No. 77. Plaintiff then filed a motion to opt out of the settlement conference due to the rescheduling of the settlement conference and because he did not believe the undersigned could be impartial in conducting the settlement conference. ECF No. 78. Since plaintiff's primary concerns appear to be how far out the settlement conference was rescheduled and the undersigned conducting the settlement conference, the motion is construed as a motion to expedite the settlement conference and for another magistrate judge to conduct the

////

1

settlement conference.[1]  That motion will be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  Plaintiff's motion to opt out of the settlement conference (ECF No. 78) is construed as a motion to expedite the settlement conference and for another magistrate judge to conduct the settlement conference; and

       2.  The motion (ECF No. 78) is GRANTED and the settlement conference is re-set for November 28, 2023 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney (ECF No. 79).

DATED: October 12, 2023

                                        _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Because the undersigned is the assigned magistrate judge, any party is permitted to request that a different magistrate judge conduct the settlement conference.  L.R. 270(b).