IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LENOIR SMITH,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CDCR, et al.,**<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:18-cv-02942 KJM AC (PC)<br><br>**ORDER** |

　　The Court, having considered the Defendants' motion to reschedule the settlement conference, and good cause having been shown:

　　**IT IS ORDERED:** The Defendants' motion to reschedule the settlement conference is GRANTED. The settlement conference is rescheduled to 1/9/2024 at 9:30 AM via Zoom.

　　The Writ issued on 10/13/2023 (ECF No. 81) is VACATED. A new Writ to issue.

Dated:  November 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE