UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENOIR SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:18-cv-2942 KJM AC<br><br><br>ORDER |

    This matter is scheduled for a settlement conference via Zoom before the undersigned on January 9, 2024. Plaintiff has filed a motion asking that the settlement conference be vacated and that this matter proceed to trial. Plaintiff mostly expresses frustration with the fact that the date for settlement conference has been continued from September of this year to January of next year.

    The only matters that remain in this action are trial preparation, including the filing of pretrial statements, and then trial itself. While plaintiff's concerns with delay are noted, judicial economy and mitigation of costs concerning trial preparation and trial itself still weigh heavily in favor of an attempt at settlement.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion that the settlement conference scheduled for January 9, 2024, be vacated (ECF No. 88) is denied.

Dated: December 6, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

smit2942.doo