IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LENOIR SMITH,** | Case No. 2:18-cv-2942 KJM AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CDCR, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to and including January 9, 2024, to file a response to Plaintiff's motion for sanctions (ECF No. 90), and good cause having been found:

**IT IS ORDERED:** Defendants' request (ECF No. 92) is granted. Defendants are granted an extension of time to and including January 9, 2024, to file a response to Plaintiff's motion for sanctions.

DATED: January 2, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:18-cv-2942 KJM AC P)