UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

        Defendants.

No.  2:18-cv-2942 KJM AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed a motion for summary judgment. ECF No. 93.  However, the deadline for filing dispositive motions expired on January 17, 2022. ECF No. 47.  Moreover, plaintiff previously filed a motion for partial summary judgment (ECF No. 48), which was denied (ECF No. 70).  Plaintiff has neither requested nor been granted leave to file a second motion for summary judgment, much less one filed nearly two years after the deadline.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to STRIKE plaintiff's untimely and unauthorized second motion for summary judgment (ECF No. 93) from the record.

DATED: January 2, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE