IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| Smith | |
|---|---|
| Plaintiff(s) | |
| vs. | |
| CDCR | |
| Defendant(s) | |

Case Number: 2:18-cv-2942

REQUEST FOR AUTHORITY TO INCUR PRO BONO COSTS

REQUEST OF PRE-APPROVAL PRO BONO EXPENDITURES

Part I

Complete this form and return it to the court with two copies for approval prior to incurring the cost for which reimbursement is requested.

I, **Michael E Vinding** attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in the action on **10/04/24**, by the Honorable **Judge Mueller**, United States District/Magistrate Judge.

I believe that the following course of action is reasonably necessary to the prosecution of this action:

1. Flight to San Diego to meet with client @ $215 each way x2 for a total of $430
2. Hotel following meeting with client @ $199
3. One meal following meeting with client @ $86
4. Car Rental for $90/day x2 (No larger than full size)

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts, or similar documentation. Without such documents, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ **895**. I, therefore, request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **12** day of **November**, 20 **24**, at **Sacramento**, California.

/s/ Michael E. Vinding
Attorney for the Plaintiff(s)

Case Number： 2:18-cv-2942

**TO BE COMPLETED BY THE COURT**

The following payments of costs have been previously requested and approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | No previous requests. |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

The above expenditure is _____X_____ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, the matter is set for discovery conference, pursuant to rule _____, on _____, at _____, in Courtroom number _____.

Dated:  November 15, 2024

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE