UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Lenior Smith, | No. 2:18-cv-02942-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| California Department of Corrections and Rehabilitations et al., | |
| Defendants. | |

    Plaintiff Michael L. Smith, proceeding *pro se*, submits a motion for clarification requesting additional information about the parties' joint stipulation for voluntary dismissal, ECF No. 122, and the court's subsequent dismissal of the action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Min. Order, ECF No. 123.  Mr. Smith asserts he is entitled to monetary payment under the settlement agreement he reached with the defendants to this matter and he asks for clarification as to why the court's minute order does not acknowledge the terms of the settlement.  *See* Mot. Clarification, ECF No. 126.

    The court notes that it dismissed this action based on the parties' own stipulation under Rule 41(a)(1)(A)(ii), which did not provide the settlement details.  While the minute order of dismissal therefore does not incorporate the terms of settlement, the court's docket reflects the magistrate judge presiding over the settlement conference placed the terms of settlement on the

1

1  record on April 4, 2025.  *See* Settlement Conference Minutes, ECF No. 121.  While the transcript
2  of the minutes does not appear on the docket, any party should be able to request the transcript be
3  prepared and filed by contacting the court's ECRO court reporting staff at
4  Sacramento_ECRO@caed.uscourts.gov.[1]

5      If Mr. Smith has further questions about the public record with respect to the parties'
6  settlement agreement, or its enforceability, it appears he could direct those questions to the
7  counsel the court appointed for the purpose of representing him during the settlement conference.
8  *See* ECF No. 107.  Defense counsel has represented it provided Mr. Smith's settlement counsel
9  with a copy of the settlement agreement.  Defs.' Response, ECF No. 125.

10     Finally, the court does not construe Mr. Smith's filing as a motion to enforce the
11  settlement agreement.  To the extent Mr. Smith has concerns about enforceability, the court
12  understands the magistrate judge who conducted the settlement conference retained jurisdiction to
13  enforce the parties' settlement agreement.  *See* Settlement Conference Minutes.  Therefore, any
14  potential future filings moving for enforcement of the settlement agreement shall be filed on the
15  docket of this case and referred to the settlement magistrate judge.

16     This order resolves ECF No. 126.

17     IT IS SO ORDERED.

18  DATED:  September 18, 2025.

                                                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Instructions for ordering a transcript from the court can be found online at https://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/court-reporters-transcripts/.