UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENIOR SMITH, | No. 2:18-cv-2942 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

On April 4, 2025, the parties participated in a settlement conference and settled the case. ECF No. 121. As part of that agreement, a stipulation for voluntary dismissal was filed on April 25, 2025. ECF No. 122. Plaintiff has now filed a motion for clarification in which he expresses concern that the stipulation did not include the terms of the settlement agreement and his belief that the court is required to assess the appropriateness of the agreed upon settlement. ECF No. 126. He also requests that the case be re-opened to reflect that he agreed to dismiss the case for a payment of $10,000. Id. at 2.

Contrary to plaintiff's belief, this is not a case in which the court is required to approve the settlement agreement, and in cases like this it is standard for the stipulation for dismissal to not include the specific terms of the settlement agreement. In cases such as this, the settlement agreement itself—including the monetary amount—is generally not filed unless a party seeks enforcement of the agreement. Plaintiff's request to re-open the case will therefore be denied.

1

The court notes that plaintiff was represented by counsel at the settlement conference, and plaintiff should direct any further questions or concerns he has regarding the agreement to his attorney.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification and to re-open the case (ECF No. 126) is GRANTED to the extent clarification has been provided above and otherwise DENIED.

DATED: September 22, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE